**Opinion issued October 8, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00754-CR

———————————

## IN RE RONALD WAYNE SCHOFIELD, Relator

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Case No. 34910**

---

## MEMORANDUM OPINION

Relator, Ronald Wayne Schofield, has filed a petition for writ of mandamus, challenging the trial court's failure to rule on his motion for judgment nunc pro tunc.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *The State of Texas v. Ronald Wayne Schofield*, cause number 34910, in the 23rd District Court of Brazoria County, Texas, the Hon. Ben Hardin presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).